UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KARRIE ACKLEY,
on behalf of herself and all
others similarly situated,

      Plaintiff,                                                 Case No. 22-cv-232

     v.

MARATHON CHEESE CORPORATION,

      Defendant.

---

## NOTICE OF FILING CONSENT TO JOIN FORMS

---

Please find attached as Exhibits A and B to this Notice the Consent to Join Forms received from WWPCL Class members who also consented to join the FLSA Collective in response to the parties' Notice of Class and Collective Action and Proposed Settlement and as accepted by the parties.

Dated this 6th day of December, 2024.

                                                           WALCHESKE & LUZI, LLC
                                                           Counsel for Plaintiff

                                                           s/ *James A. Walcheske*
                                                           James A. Walcheske, State Bar No. 1065635

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com