# COURTROOM MINUTES
# CIVIL

DATE: 1/17/25   DAY: Friday   START TIME: 1:59 PM   END TIME: 2:09 PM
JUDGE/MAG.: JDP   CLERK: JAT   REPORTER: JD
CASE NO.: 22-cv-232-jdp   CASE NAME: Karrie Ackley v. Marathon Cheese Corporation

**APPEARANCES:**

PLAINTIFF(S): James Walcheske

DEFENDANT(S): Sarah Keebler
Joshua Johanningmeier

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Settlement Approval Hearing

Settlement approved as stated on the record.
Written Order held until 2/24/25.

TOTAL COURT TIME: 10"