IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARRIE ACKLEY,
on behalf of herself and all
others similarly situated,

      Plaintiff,

Case no. 22-cv-232-jdp

v.

MARATHON CHEESE CORPORATION,

      Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying the following collective and class:

> **FLSA Collective**. All hourly-paid production employees employed by Defendant between April 26, 2019, and April 26, 2022, as identified in Exhibit A to [the Settlement Agreement] and who file a Consent to Join Form within 45 calendar days of the postmark date on the Notice Packet.
>
> **Wisconsin Class**. All hourly-paid production employees employed by Defendant in Wisconsin between April 26, 2020, and April 26, 2022, as identified in Exhibit A to [the Settlement Agreement] and who do not file a Request to Exclude within 45 calendar days of the postmark date on the Notice Packet.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the parties' settlement agreement, dkt. 20, as a fair, reasonable, and adequate resolution of a bona-fide dispute pursuant to Fed. R. Civ. P. 23(e) and the Fair Labor

Standards Act ("FLSA"); dismissing with prejudice plaintiff's released claims and those of all settlement class members; dismissing without prejudice the Wisconsin Wage Payment and Collection Laws ("WWPCL") claims of the putative WWPCL class members who properly and timely excluded themselves; dismissing without prejudice the FLSA claims of all putative FLSA collective members who did not affirmatively consent to join the FLSA collective, including all participating WWPCL class members who did not consent to join the FLSA collective; directing the administrator to distribute up to $409,883.45 to the members of the collective and class in accordance with each member's pro rata share as set forth in the settlement agreement; approving a service award to Karrie Ackley in the amount of $10,000.00; approving an award of attorneys' fees and costs to class counsel in the amount of 209,941.73; and dismissing this case on the merits, with prejudice, and without further costs to any party.

Approved as to form this __4TH__ day of April, 2025.

_____
James D. Peterson
District Judge

_____                    __April 4, 2025__
Joel Turner                                         Date
Clerk of Court